**Writ of Mandamus Denied; Opinion issued April 5, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00258-CV**

**IN RE CHRIS L. GILBERT AND GLENN E. JANIK, Relators**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-00621-D**

**MEMORANDUM OPINION**
Before Justices Bridges, Francis, and Lewis
Opinion by Justice Bridges

Relators contend the trial judge erred in granting certain sanctions against relators. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

130258F.P05